UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KATHERINE BRADY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LIFE INSURANCE COMPANY OF NORTH )<br>AMERICA, A CIGNA CORPORATION and )<br>MANAGEMENT & TRAINING CORPORATION )<br>)<br>Defendants ) | Civil Action No. 13-cv-11939 |

**DEFENDANTS, LIFE INSURANCE COMPANY OF NORTH AMERICA
AND MANAGEMENT AND TRAINING CORPORATION'S,
MOTION TO DISMISS**

Defendants, Life Insurance Company of North America ("LINA") and Management and Training Corporation ("MTC"), hereby move the Court to dismiss Plaintiff's long term disability ERISA benefits claim because Plaintiff admittedly has failed to exhaust her administrative remedies. It is black letter ERISA law that a party must exhaust their administrative remedies before seeking judicial review. As detailed below, Plaintiff's LTD claim is still in the administrative phase in which Plaintiff is fully participating. Accordingly, the Court must dismiss Plaintiff's LTD claim due to her failure to exhaust administrative remedies.

*DENIED, without prejudice.*
*Michael G. Ponsor USDJ*
*2.4.14*

1

20